# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 29, 2014

## NO. 03-12-00841-CV

**NHSL, Inc., Appellant**

**v.**

**Darque Tan, LLC; Segler Enterprises, Ltd.; and Robbie Segler, Appellees**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
### DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order denying NHSL, Inc.'s special appearance signed by the trial court on December 11, 2012. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.